IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA TULLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-06052-CV-SJ-SRB |
| | ) | |
| COMMUNITY HOSPITAL ASSOC., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a true and correct copy of *Plaintiff's Initial Disclosures* pursuant to Federal Rule Civil Procedure 26(a) and were served on September 7, 2018, via electronic mail to the following:

>Jason N.W. Plowman (MO #67495)
>Emma R. Schuering (MO #65169)
>POLSINELLI PC
>900 W. 48th Place, Suite 900
>Kansas City, MO 64112
>(816) 753-1000
>Fax: (816) 817-0665
>jplowman@polsinelli.com
>eschuering@polsinelli.com
>ATTORNEYS FOR DEFENDANT

HOLMAN SCHIAVONE, LLC

By:   */s/ Sophie Woodworth*
Sophie Woodworth, MO #49383
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
TEL: (816) 283-8738
FAX: (816) 283-8739
swoodworth@hslawllc.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      Plaintiff certifies that on September 7, 2018, a true and accurate copy of the foregoing was sent via the Court's electronic filing system to all counsel of record.

                                            */s/ Sophie Woodworth*
                                            ATTORNEY FOR PLAINTIFF

2

Case 5:18-cv-06052-SRB   Document 19   Filed 09/07/18   Page 2 of 2