IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI - ST. JOSEPH

| | |
|---|---|
| CHRISTINA TULLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:18-cv-06052-SRB |
| | ) |
| COMMUNITY HOSPITAL ASSOCIATION, | ) |
| INC. d/b/a COMMUNITY | ) |
| HOSPITAL – FAIRFAX, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Community Hospital Association, Inc. d/b/a Community Hospital-Fairfax hereby certifies that on September 7, 2018, a true and accurate copy of its Rule 26 Initial Disclosures was served via electronic mail on counsel for Plaintiff.

    Respectfully submitted,

    POLSINELLI PC

    By: */s/ Emma R. Schuering*
        JASON N.W. PLOWMAN (MO #67495)
        EMMA R. SCHUERING (MO #65169)
        900 W. 48th Place, Suite 900
        Kansas City, MO 64112
        (816) 360-4281
        Fax No: (816) 817-0665
        jplowman@polsinelli.com
        eschuering@polsinelli.com

    ATTORNEYS FOR DEFENDANT
    COMMUNITY HOSPITAL ASSOCIATION,
    INC. d/b/a COMMUNITY
    HOSPITAL – FAIRFAX

65176797.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading was filed electronically with this Court this 7th day of September, 2018. A notice of case activity is to be generated and sent electronically by the Clerk of said Court to the following parties, each of whom is designated to receive electronic notice:

Sophie Woodworth
Holman Schiavone, LLC
4600 Madison, Suite 810
Kansas City, MO 64112
swoodworth@hslawllc.com

ATTORNEYS FOR PLAINTIFF

                                                                    */s/ Emma R. Schuering*
                                                                    ATTORNEYS FOR DEFENDANT